372 A.2d 421

Commonwealth, Appellant, v. Gower.

Submitted September 16, 1976. Michael E. Riskin and Alan B. McFall, Assistant District Attorneys, for Commonwealth, appellant; Domenic P. Sbrocchi and George R. Price, Jr., for appellee.

Order affirmed.

372 A.2d 421

Commonwealth v. Gray, Appellant.

Submitted February 17, 1976. Richard P. Hunter, Jr., and Foglietta & Ziccardi, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.